**ALLSTATE INSURANCE COMPANY, Respondent,**

v.

**Rondi S. MILLER, Appellant.**

**No. WD 76224.**

Missouri Court of Appeals, Western District.

Jan. 28, 2014.

Application for Transfer to Supreme Court Denied March 4, 2014.

Application for Transfer Denied April 29, 2014.

Robert J. Luder and Michael W. Shunk, Overland Park, KS, Attorneys for Respondent.

Stephen G. Sanders and David L. Johnson, Kansas City, MO, Attorneys for Appellant.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, and LISA WHITE HARDWICK and GARY D. WITT, Judges.

### Order

PER CURIAM:

Rondi Miller appeals the trial court's entry of summary judgment in favor of Allstate Insurance Company, which sought a declaration that Allstate owed Miller $100,000, and no more, under her automobile policy's underinsured motorists coverage. Miller argues that, because she paid two different premiums for underinsured motorists coverage on two different vehicles in a single policy, she should be entitled to recover up to the full limit of liability on each vehicle, for a total of $200,000. But because the policy expressly and unambiguously disallows stacking, Miller's claim is without merit. The trial court's entry of summary judgment is affirmed. Rule 84.16(b).